**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113439
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Aida Markistic, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>National Enterprise Systems, Inc.,<br><br>Defendant. | Docket No: 1:17-cv-06502-MKB-CLP |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 21, 2019

| **BARSHAY SANDERS, PLLC** | **RIVKIN RADLER LLP** |
|---|---|
| By:  /s *Erica  Carvajal* | By:   */s/ Deborah Michelle Isaacson* |
| Erica  Carvajal | Deborah Michelle Isaacson |
| 100 Garden City Plaza, Suite 500 | 477 Madison Avenue |
| Garden City, New York 11530 | New York, NY 10022-5843 |
| Tel. (516) 203-7600 | Tel. (212) 455 - 9549 |
| Email: *ecarvajal@BarshaySanders.com* | Email: deborah.isaacson@rivkin.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |